# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RBC BEARINGS INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIBER AERO, LLC, et al.,<br><br>    Defendants. | SA<br>Case No. CV 12-1442 FMO (PLAx)<br><br>**JUDGMENT Re: ATTORNEY'S FEES AND COSTS** |

Pursuant to the Court's Order Re: Motion for Attorney's Fees and Costs, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that plaintiff RBC Bearings Incorporated shall pay defendants' attorney's fees and costs in the amount of **$134,858.50**. Dated this 1st day of August, 2016.

                                                                                                            /s/<br>
                                                                          Fernando M. Olguin<br>
                                                        United States District Judge